# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**PENELOPE JOHNSON and LARRY JOHNSON,**

        **Plaintiffs,**

**-vs-**                                        Case No. 6:09-cv-1706-Orl-31GJK

**ETHEX CORPORATION, KV PHARMACEUTICAL COMPANY and THER-RX CORPORATION,**

        **Defendants.**

_____

## ORDER

On January 22, 2009, Defendants filed a Motion to Dismiss/Strike (Doc. 10). Plaintiffs have failed to file a timely response and the Motion is therefore unopposed. The Motion has colorable merit. Thus, it is

**ORDERED** that said Motion is GRANTED. Counts II, V, VI, VII, VIII and IX are DISMISSED. Plaintiffs' claims for punitive damages are hereby STRICKEN.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on February 10, 2010.

Copies furnished to:

Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE